■ EDWIN ORTIZ et al., Respondents, v JUSTIN X. LEWKOWICS et al., Appellants. [19 NYS3d 754]—In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Richmond County (Minardo, J.), dated January 22, 2015, which denied their motion for summary judgment dismissing the complaint on the ground that neither of the plaintiffs sustained a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident.

Ordered that the order is affirmed, with costs.

The defendants failed to establish, prima facie, that the plaintiffs did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). Accordingly, the Supreme Court properly denied the defendants' motion for summary judgment dismissing the complaint, regardless of the sufficiency of the plaintiffs' opposing papers (*see Encarnacion v Smith*, 70 AD3d 628, 630 [2010]; *Alvarez v Dematas*, 65 AD3d 598, 600 [2009]). Balkin, J.P., Chambers, Cohen and Hinds-Radix, JJ., concur.